

**ORDERED in the Southern District of Florida on July 16, 2019.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    Case No. 18-26137-EPK

**EDLENE HART,**                                          Chapter 13

    Debtor.
_____/

**ORDER DENYING MOTION TO VACATE DISMISSAL
AND REINSTATE CHAPTER 13 BANKRUPTCY CASE
FOR FAILURE TO COMPLY WITH LOCAL RULE 9013-1(E)(1)**

This matter came before the Court upon the *Debtor's Expedited Motion to Vacate Order Dismissing Case and Reinstate Chapter 13 Case* [ECF No. 51] (the "Motion") filed by Edlene Hart (the "Debtor"). Local Rule 9013-1(E)(1) states, in relevant part:

> A motion to rehear, reconsider or vacate an order dismissing a chapter 13 case must be: If filed by an attorney, be accompanied by a certificate which states that the debtor has tendered to the attorney all funds required to be paid under the debtor's plan to bring the plan current as of the date of the motion and that said funds are in the attorney's trust account . . . [.]

Though paragraph 5 of the Motion states that the Debtor has tendered the funds required to be paid under the Debtor's plan to bring the plan current as of the date of the Motion, this does not constitute a certification from counsel for the Debtor. Nor does counsel for the

Debtor certify that he is holding said funds in his trust account. Having considered the Motion and in light of the requirements of Local Rule 9013-1(E)(1), the Court ORDERS and ADJUDGES as follows:

1. The Motion [ECF No. 51] is DENIED without prejudice.

2. If counsel who filed the Motion files a motion requesting the same or substantially similar relief on behalf of the Debtor, counsel shall not charge the Debtor for any fees or expenses in connection with the preparation or filing of such substitute motion including, without limitation, any filing fee.

###

Copies to:

Sean I. Koplow, Esq.

*Sean I. Koplow, Esq.is directed to serve a copy of this order on all parties in interest and to file a certificate of service with the Court.*